UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13-CR-83 |
| vs. | Judge Timothy S. Black<br>Magistrate Judge Michael R. Merz |
| GREGORY MEADOWS, | |
| Defendant. | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 30)**

This case is presently before the Court on the Report and Recommendation of the United States Magistrate Judge Michael R. Merz (Doc. 30), wherein the Magistrate Judge recommended the Defendant's plea of guilty to Counts One, Two, Three and Four of the Information (Doc. 27) be accepted and that Defendant be found guilty as charged in such Counts. The parties filed no objections to the Report and Recommendations of the Magistrate Judge, and the time for filing objections expired August 1, 2013.

The Court, having reviewed the matter *de novo*, determines that the Report and Recommendations (Doc. 30) of the United States Magistrate Judge should be and is hereby **ADOPTED** in its entirety. Defendant is hereby adjudged **GUILTY** of Counts 1, 2, 3 and 4 of the Information.

**IT IS SO ORDERED.**

Date: 8/2/2013

_s/ Timothy S. Black_____
Timothy S. Black
United States District Judge